**UNITED STATES BANKRUPTCY COURT**
**THE DISTRICT OF SOUTH DAKOTA**

| | |
|---|---|
| YANKTON FACTORING, INC.,<br><br>Plaintiffs,<br><br>vs.<br><br>EMORY INDUSTRIAL SERVICES, INC. D/B/A EMORY DRY ICE, EMORY INDUSTRIAL SERVICES 1, INC., EMORY INDUSTRIAL HOLDINGS, INC, EMORY INDUSTRIAL PRODUCTS, INC., EMORY DRY ICE 1, INC, EMORY D.I., LLC, JOSH RUSSO, TRAVIS CORRELL, AMY DOYLE, CINDI DOYLE, CHARLES WOLFE, and HARLEY BURNETT<br><br>Defendants. | Adv. No. 25-04010 |

**AGREED ORDER TO REMAND**

On November 25, 2025, Debtors Emory Industrial Services, Inc. d/b/a Emory Dry Ice, Emory Industrial Services 1, Inc., Emory Industrial Holdings, Inc., Emory Industrial Products, Inc., Emory Dry Ice 1, Inc. filed a Notice of Removal to remove to this court an action pending in the Circuit Court of the First Judicial Circuit in the State of South Dakota, County of Yankton, Case. No. 66CIV24-000291, styled Yankton Factoring, Inc. vs. Emory Industrial Services, Inc. d/b/a Emory Dry Ice, Emory Industrial Services 1, Inc., Emory Industrial Holdings, Inc., Emory Industrial Products, Inc., Emory Dry Ice 1, Inc., Emory D.I., LLC, Josh Russo, Travis Correll, Amy Doyle, Cindi Doyle, Charles Wolfe and Harley Burnett ("Yankton State Court Lawsuit") which removal was predicated on the filing of petitions for relief under Title 11 of the United States Code in the United States Bankruptcy Court for the Northern District of Texas, Fort Worth

Division ("Bankruptcy Court"), by Emory Industrial Services 1, Inc., Emory Dry Ice 1, Inc. f/k/a Emory Dry Ice, Inc., Emory Industrial Products, Inc, Emory Industrial Services, Inc. f/k/a Emory Dry Ice, Inc. and Emory Industrial Holdings, Inc. (collectively, the "Debtors"), consolidated under Case No. 25-44148; and on July 21, 2026, the Bankruptcy Court entered its Order Confirming First Amended Joint Chapter 11 Plan of Liquidation Proposed by Chapter 11 Debtors and Debtors In Possession ("Plan") which provides that (i) the Debtors are to be dismissed from the Yankton State Court Lawsuit with prejudice and (ii) the Yankton State Court Lawsuit will be remanded to the First Judicial Court of Yankton County, South Dakota; it is accordingly hereby

ORDERED that the above styled and numbered cause is hereby remanded to the First Judicial Court of Yankton County, South Dakota.

So ordered: August ___, 2026.

BY THE COURT:

Laura L. Kulm Ask
Bankruptcy Judge

**AGREED TO AND APPROVED:**

*/s/ Craig A. Knickrehm*
Craig A. Knickrehm #4908
Jonathan M. Brown #4910
WALENTINE O'TOOLE, LLP
11240 Davenport Street, P.O. Box 540125
Omaha, NE 68154-0125
Phone: 402-330-6300
Fax: 402-330-6303
Email: cknickrehm@walentineotoole.com
Email: jbrown@walentineotoole.com

Attorneys for Defendants Emory Industrial
Services, Inc. d/b/a Emory Dry Ice, Inc.,
Emory Industrial Services 1, Inc., Emory

Industrial Holdings, Inc., Emory Industrial
Products, Inc., and Emory Dry Ice 1, Inc.
**JENCKS LAW P.C.**

/s/ *David J. Jencks*
David J. Jencks
121 North Egan
PO Box 442
Madison, SD 57042
Phone: 605.256.0121
Email: davidjencks@jenckslaw.com

Attorneys for Yankton Factoring, Inc.